UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK JOSEPH MCCABE,<br><br>               Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | Case No.: 11-cv-00003-LHK<br><br>JUDGMENT |

Petitioner's Petition for a Writ of Habeas Corpus was dismissed without prejudice on January 7, 2011. No amended petition having been filed in the past year, the Court hereby enters a judgment of dismissal without prejudice in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge